# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Ryan Shane *on behalf of himself and all others similarly*,

    Plaintiff,

v.

Bio-Techne Corporation,

    Defendant.

Case No. 22-CV-03039 (JMB/ECW)

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff Ryan Shane's and Defendant Bio-Techne Corporation's Joint Stipulation for Dismissal. (Doc. No. 108.) Plaintiff wishes to dismiss their Complaint (Doc. No. 1) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 13, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court